UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :          Crim. No.10-011 (KSH)

                    v.                                    :

JOHN F. BURNS                                :

**ORDER**
**MODIFYING BAIL CONDITIONS**

This matter having been considered by the Court during the sentencing hearing held on June 8, 2011, in the presence of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Robert G. Marasco, Assistant United States Attorney, appearing) and defendant John F. Burns and his attorney Louis DiLuzio, Esq., and the Court having imposed sentence and stated on the record that defendant John F. Burns must surrender to the United States Marshal for the District of New Jersey no later than Monday, June 20, 2011, at 10:00 a.m. to begin serving his sentence, and in the interim that defendant must submit to electronic monitoring and be responsible for the costs associated with such monitoring, which constitutes a modification of defendant's bail conditions, and for good cause shown;

IT IS, therefore, on this ___13th___ day of June 2011,

**ORDERED** that the defendant's bail conditions are modified in that he is to submit to electronic monitoring immediately and until he surrenders to the United States Marshal for the District of New Jersey to begin serving his sentence, and be responsible for the costs of such electronic monitoring; and it is further

**ORDERED**, that defendant, John F. Burns, must surrender to the United States

Marshal for the District of New Jersey no later than Monday, June 20, 2011, at 10:00 a.m.

KATHARINE S. HAYDEN
United States District Judge